772 A.2d 411

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Samuel Y. HARRIS, Respondent.

No. 670 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 4, 2001.

## ORDER

PER CURIAM.

AND NOW, this 4th day of April, 2001, there having been filed with this Court by Samuel Y. Harris his verified Statement of Resignation dated February 15, 2001, stating the he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Samuel Y. Harris be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

772 A.2d 411

Larry P. GARBER, Appellant,

v.

DEPARTMENT OF CORRECTIONS, Appellee.

No. 29 M.D. Appeal Docket 2001.

Supreme Court of Pennsylvania.

April 5, 2001.

## ORDER

PER CURIAM:

AND NOW, this 5th day of April, 2001, probable jurisdiction is noted and the order appealed is affirmed.